**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kennedy Catoe, Alejandro Woodham, and John Doe,
Defendants,

of whom Kennedy Catoe is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-002589

———————

Appeal From Lee County
Ernest J. Jarrett, Family Court Judge

———————

Unpublished Opinion No. 2026-UP-278
Submitted June 1, 2026 – Filed June 4, 2026

———————

**AFFIRMED**

———————

Harry A. Hancock, of Columbia, for Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm LLC, of Mauldin; and Steve Bernard Suchomski, of the South Carolina Department of Social Services, of Sumter, both for Respondent.

John Stephen Keffer, of Keffer Law Firm, of Sumter, as the Guardian ad Litem.

───────────────

**PER CURIAM:**  Kennedy Catoe appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Catoe's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

───────────────

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.